UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

SHUPENG LI,

Petitioner,

v.

ERNESTO SANTACRUZ, JR., et al.,

Respondents.

Case No. CV 5:26-05948-RAO

JUDGMENT

Pursuant to the Order Granting Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted and this action is closed.

DATED: October 19, 2026

/s/

HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRTE JUDGE